UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH ROGERS                                             CIVIL ACTION

VERSUS

CLERK OF 18TH JUDICIAL
DISTRICT COURT                                           NO. 24-00591-BAJ-SDJ

RULING AND ORDER

Plaintiff, an individual confined at the Louisiana State Penitentiary, filed this mandamus proceeding against the Clerk of the 18th Judicial District Court for the Parishes of Iberville, West Baton Rouge, and Pointe Coupee, asking for a Writ of Mandamus to be issued against Deputy Clerk Brandy Foreman that requires her to file his state court pleadings without the prepayment of filing fees. (Doc. 1). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 6, the "Report")**, recommending that Plaintiff's claims be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted. Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A as legally frivolous

and for failure to state a claim upon which relief may be granted.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 16th day of October, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2